No. 766. HUDSON & MANHATTAN RAILROAD Co. *v.* JERSEY CITY ET AL. Appeal from the District Court of the United States for the District of New Jersey. April 3, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. *Smith* v. *Illinois Bell Telephone Co.,* 270 U. S. 587, 588–9; *Sterling* v. *Constantin,* 287 U. S. 378, 386. *Mr. John F. Finerty* for appellant. *Solicitor General Fahy and Messrs. Richard H. Field* and *Harry R. Booth* for Fred M. Vinson, Stabilization Director, and *Messrs. Charles A. Rooney* and *Charles Hershenstein* for Jersey City,—appellees.

No. 794. RATNER *v.* CALIFORNIA. Appeal from the Appellate Department of the Superior Court of California, County of Los Angeles. April 3, 1944. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. (1) *Nash* v. *United States,* 229 U. S. 373, 376–7; *United States* v. *Ragen,* 314 U. S. 513, 523–4; (2) *Casey* v. *United States,* 276 U. S. 413, 418; *Bandini Petroleum Co.* v. *Superior Court,* 284 U. S. 8, 18–19. *Mr. Morris Lavine* for appellant. *Messrs. Ray L. Chesebro* and *John L. Bland* for appellee.

No. —. EX PARTE WALTER D. STEWART; and

No. —. EX PARTE EDWARD E. P. BOYENS. April 3, 1944. Applications denied.